JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHORES, | ) | Case No.  1:21-cv-00679-EPG |
| | ) | |
| Plaintiff | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | PLAINTIFF'S OPENING BRIEF |
| | ) | |
| KILOLO KIJAKAZI, | ) | (ECF No. 15). |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 4, 2022, for Plaintiff to file his Opening Brief in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to Plaintiff's counsel's substantially increased workload in addition to the fact that counsel's income taxes for her small business are currently taking up a great deal of time.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 28, 2022         JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  February 28, 2022        PHILLIP A. TALBERT
                                Acting United States Attorney
                                LISA A. THOMAS
                                Regional Chief Counsel, Region VII
                                Social Security Administration

                                */s/Sarah E. Preston*
                                SARAH E. PRESTON
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant

**ORDER**

Based on the above stipulation (ECF No. 15), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 4, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 1, 2022**           /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE