PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
     Special Assistant United States Attorney
     601 E 12th Street, Suite 965
     Kansas City, MO 64106
     Telephone: (816) 936-5931
     Facsimile: (833) 950-3518
     Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MICHAEL SHORES, | Case No.: 1:21-cv-00679-EPG |
|     Plaintiff, | STIPULATION TO REMAND AND ORDER |
| vs. | (ECF No. 20) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS STIPULATED by and between Michael Shores (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the medical opinion evidence.  The parties further request that the Court direct the Clerk of the

1    Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

2    decision of the Commissioner.

3          This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

4    Social Security Act, 42 U.S.C. 405(g).

5          Respectfully submitted this 4th day of May, 2022.

6

7    Dated:  May 5, 2022                    /s/ *Jacqueline A. Forslund*_____

8                                           JACQUELINE A. FORSLUND
                                            Attorney for Plaintiff
9                                           *Authorized via e-mail on May 3, 2022

10   Dated:  May 5, 2022                    PHILLIP A. TALBERT

11                                          United States Attorney
                                            LISA A. THOMAS
12                                          Regional Chief Counsel, Region VII
                                            Social Security Administration
13

14                                  By:     /s/ *Sarah E. Preston*_____

15                                          SARAH E. PRESTON
                                            Special Assistant United States Attorney
16
                                            Attorneys for Defendant
17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 20), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **May 5, 2022**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE